Petition for Writ of Mandamus Denied and Opinion filed April 24, 2003









Petition for Writ of Mandamus Denied and Opinion filed
April 24, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00430-CV

____________

 

IN RE GEORGE R. NEELY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On April 17, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks to compel the Hon. Levi Benton, presiding judge of the 215th District
Court of Harris County, to set aside his order granting a new trial and enter
judgment on the jury's verdict in cause number 94-012606, styled George
Neely and Law Offices of George R. Neely, P.C. v. Nancy Lynn Birran and Dale Birran.  

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

Petition Denied
and Opinion filed April 24, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.